**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE No.** 0:19-CV-61899

DEBORAH LITZ,

    Plaintiff,

vs.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Deborah Litz, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice Voluntary Dismissal *without* Prejudice of the above styled action. Plaintiff Litz will be joining, as a class representative, Case No. 0:19-CV-61898-RKA, as the claims of Plaintiff Litz are related to those raised by the plaintiff therein.

DATED: September 4, 2019

                                                    Respectfully Submitted,

                                                    /s/ Jibrael S. Hindi
                                                    **JIBRAEL S. HINDI, ESQ.**
                                                    Florida Bar No.: 118259
                                                    E-mail:  jibrael@jibraellaw.com
                                                    **THOMAS J. PATTI, ESQ.**
                                                    Florida Bar No.: 118377
                                                  E-mail:  tom@jibraellaw.com
                                                  The Law Offices of Jibrael S. Hindi
                                                  110 SE 6th Street, Suite 1744
                                                  Fort Lauderdale, Florida 33301
                                                  Phone:   954-907-1136
                                                  Fax:       855-529-9540

                                                  *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 4, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

  /s/ Thomas J. Patti             .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377